USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Christopher Manley,

                Petitioner,

  - against -

John Kerry, *et al.*,

                Respondents.

No. 16 Civ. 585 (LTS)

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to the above-captioned action, that the action shall be dismissed with prejudice and without costs or attorney's fees to either party, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

New York, New York
April 14, 2016

BRETZ & COVEN, LLP.

Attorney for Petitioner

_____
Eileen Collins Bretz, Esq.
305 Broadway, Suite 100
New York, NY 10007
Tel. (212) 267-2555

New York, New York
April 14, 2016

PREET BHARARA
United States Attorney for the
Southern District of New York

Attorney for Respondents

_____
Bryan Lonegan, Esq.
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2770
Fax (212) 637-2786

So Ordered:

_____ 4/19/16
Hon. Laura Taylor Swain
United States District Judge

16 Civ. 585 (LTS)